IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA ANTHONY, M.D., ) | |
|     Plaintiff(s), ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-01252 |
| ) | Judge Crenshaw / Frensley |
| ) | |
| MEHARRY MEDICAL COLLEGE, et al., ) | |
|     Defendant(s) ) | |

**O R D E R**

The Initial Case Management Conference scheduled on January 9, 2025 at 9:30 a.m. is hereby continued to March 19, 2025 at 9:00 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A revised case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

    IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge