UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOSHUA ANTHONY, M.D., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-01252 |
| MEHARRY MEDICAL COLLEGE, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Meharry Medical College's ("Meharry") Motion to Dismiss (Doc. No. 21) is **GRANTED IN PART** on Count I and the time-barred conduct occurring prior to March 17, 2023, and is **DENIED IN PART** on Count II; and Meharry's Motion to Strike (Doc. No. 25) is **DENIED**. Pursuant to Federal Rule of Civil Procedure 21, Dr. Lloyda B. Williamson is **DISMISSED** from this action for misjoinder.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE